THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

JANICE M. MCMANN, Individually and as Personal Representative of the heirs and estate of DALE E. MCMANN,

Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

Defendants.

Case No. 3:16-cv-05635 RBL

DECLARATION OF ALLEN ERAUT IN SUPPORT OF DEFENDANT WARREN PUMPS, LLC'S MOTION FOR SUMMARY JUDGMENT

*ORAL ARGUMENT REQUESTED*

I, Allen Eraut, declare and state as follows:

1. I am over the age of 18 years and am competent to testify as to the matters below.
2. I am an attorney representing Warren Pumps, LLC in this matter and make this Declaration in support of Defendant Warren Pumps, LLC's Motion for Summary Judgment.
3. Attached as Exhibit A is a true and accurate copy of *McMann v. Air & Liquid Systems Corporation, et al.* King County Superior Court Case No. 14-2-01912-2 SEA, which was originally filed on January 21, 2014.
4. Attached as Exhibit B is a true and accurate copy of Defendant CBS Corporation's Notice

1 – DECLARATION OF ALLEN ERAUT IN SUPPORT OF DEFENDANT WARREN PUMPS, LLC'S MOTION FOR SUMMARY JUDGMENT [CASE NO. 3:16-CV-05635-RBL]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

of Removal from State Court Under 28 USC §§ 1331, 1442 (A)(1) and 1446 filed February 26, 2014 in *McMann v. Air & Liquid Systems Corporation* U.S. District Court Case No. 2:14-cv-00281 [ECF 1].

5. Attached as Exhibit C is a true and accurate copy of Plaintiffs' Motion to Remand filed March 28, 2014 in *McMann v. Air & Liquid Systems Corporation* U.S. District Court Case No. 2:14-cv-00281 [ECF 37].

6. Attached as Exhibit D is a true and accurate copy of the Court's Order Denying Plaintiffs' Motion to Remand in *McMann v. Air & Liquid Systems Corporation* U.S. District Court Case No. 2:14-cv-00281 [ECF 56].

7. Attached as Exhibit E is a true and accurate copy of relevant excerpts from Volume 1 of the videotaped deposition of Dale McMann dated May 28, 2014.

8. Attached as Exhibit F is a true and accurate copy of relevant excerpts from Volume 3 of the videotaped deposition of Dale McMann dated August 19, 2014.

9. Attached as Exhibit G is a true and accurate copy of the expert report of Rear Admiral David P. Sargent.

10. Attached as Exhibit H is a true and accurate copy of the Affidavit of Roland Doktor filed in Support of Defendant Warren Pumps, LLC's Second Motion for Summary Judgment in *McMann v. Air & Liquid Systems Corporation* U.S. District Court Case No. 2:14-cv-00281 [ECF 175-4]

11. Attached as Exhibit I is a true and accurate copy of the expert report of Samuel A. Forman, M.D.

/ / /

/ / /

/ / /

/ / /



RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

Dated this 9th day of January, 2018.

RIZZO MATTINGLY BOSWORTH PC

By: ___s/*Allen Eraut* _______________

Allen E. Eraut, WSB# 30940
Email: aeraut@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
Attorneys for Warren Pumps, LLC

3 – DECLARATION OF ALLEN ERAUT IN SUPPORT OF DEFENDANT WARREN PUMPS, LLC'S MOTION FOR SUMMARY JUDGMENT [CASE NO. 3:16-CV-05635-RBL]

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JANICE MCMANN, Individually and as Personal Representative of the Estate of DALE E. MCMANN,<br><br>Plaintiffs<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | CASE NO. 3:16-cv-05635-RBL<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof **DECLARATION OF ALLEN ERAUT IN SUPPORT OF DEFENDANT WARREN PUMPS LLC'S MOTION FOR SUMMARY JUDGMENT** in the following manner unless otherwise indicated.

**VIA ECF**

Brian D. Weinstein
Benjamin R. Couture
Alexandria Caggiano
Weinstein Couture PLLC
818 Stewart Street, Suite 930
Seattle, WA 98101
service@weinsteincouture.com
***Attorneys for Plaintiff***

Barrett Naman
The Nemeroff Law Firm
3355 West Alabama Street, Suite 650
Houston, TX 77098
barrettNaman@nemerofflaw.com
Gerracopenhaver@nemerofflaw.com
***Attorneys for Plaintiff***

Mark Tuvin
Kevin Craig
Trevor Mohr
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
SEAAsbestos@grsm.com
***Attorneys for Air & Liquid Systems Corporation; Buffalo Pumps***

Christopher S. Marks
Tanenbaum Keale, LLP
601 Union Square, Suite 4253
Seattle, WA 98101
Seattle.asbestos@tktrial.com
***Attorneys for CBS Corporation; General Electric Company***

Richard Ross
Michael Madderra
Selman Breitman LLP
800 Fifth Avenue, Suite 4100
rross@selmanlaw.com
mmadderra@selmanlaw.com
***Attorneys for John Crane, Inc.***

James E. Horne
Michael Ricketts
Gordon, Thomas, Honeywell LLP
600 University Street, Suite 2100
Seattle, WA 98101
IMOservice@gth-law.com
***Attorneys for Defendant IMO Industries, Inc***

J. Michael Mattingly
Rizzo Mattingly Bosworth
1300 SW 6th Ave., Suite 330
Portland, OR 97201
asbestos@rizzopc.com
***Attorneys for Defendant SB Decking, Inc.***

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 9th day of January, 2018.

s/*Shannon Boyd*
Shannon Boyd
Paralegal

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630