THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JANICE M. McMANN, Individually and as Personal Representative of the heirs and estate of DALE E. McMANN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc., et al;<br><br>Defendants. | NO. 3:16-cv-05635 RBL<br><br>**DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED ON MOTION CALENDAR: FEBRUARY 2, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Brian Weinstein, declare and state as follows:

1.   I am over the age of 18 years and am competent to testify to the matters below.

2.   I am one of the attorneys representing Plaintiff, Janice M. McMann, Individually and as Personal Representative of the heirs and estate of Dale E. McMann, deceased, and make this Declaration in support of Plaintiff's Opposition to Air & Liquid Systems Corporation, as successor-by-merger to Buffalo Pumps, Inc.'s Motion for Summary Judgment.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

3.      Attached hereto as **Exhibit "1"** is a copy of the Deposition of Dale McMann, Volume I, dated May 28, 2014;

4.      Attached hereto as **Exhibit "2"** is a copy of the Deposition of Dale McMann, Volume II, dated May 29, 2014;

5.      Attached hereto as **Exhibit "3"** is a copy of Buffalo's Answers to Plaintiff's Interrogatories in *Menard v. SPX Cooling Technologies, et al.,* No. 649687, 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, dated May 18, 2017.

6.      Attached hereto as **Exhibit "4"** is a copy of Excerpts of Deposition of Martin Kraft, in *Peterson v. Ashland, Inc.*, No. 23941, District Court for Brazoria County, Texas, dated January 20, 2004.

7.      Attached hereto as **Exhibit "5"** is a copy of the Buffalo Forge Company's Engineering Bulletin BP5-81, *Non-Asbestos Packing,* dated September 21, 1981.

8.      Attached hereto as **Exhibit "6"** is a copy of Buffalo Pumps, Inc.'s Discovery Responses, in *Beauchamp v. Buffalo Pumps, Inc.*, County of Los Angeles California No. BC-357289, dated December 15, 2006.

9.      Attached hereto as **Exhibit "7"** is a copy of Buffalo Pumps, Bulletin 903A and Pump Technical Data (1966).

10.     Attached hereto as **Exhibit "8"** is a copy of Buffalo Pumps Service Manual, Bulletin 901 / 3332B (1969).

11.     Attached hereto as **Exhibit "9"** is a copy of the Letter from Buffalo Pumps' Chief Engineer to Sealing Devices, Inc., re: *Non-Asbestos Gaskets*, dated October 9, 1984.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

12. Attached hereto as **Exhibit "10"** is a copy of Excerpts of Deposition of Martin K. Kraft, in *Harkin v. American Optical Corporation, et al.,* No. 03-2130, Providence Superior Court, Rhode Island, dated June 16, 2004.

13. Attached hereto as **Exhibit "11"** is a copy of the Declaration of Melvin Wortman, dated March 13, 2009.

14. Attached hereto as **Exhibit "12"** is a copy of the Deposition of Melvin Wortman, dated April 10, 2009.

15. Attached hereto as **Exhibit "13"** is a copy of the Deposition of Melvin Wortman, dated April 16, 2009.

16. Attached hereto as **Exhibit "14"** is a copy of the Expert Report of Stephen Paskal, CIH, dated May 22, 2014.

17. Attached hereto as **Exhibit "15"** is a copy of the Supplemental Expert Report of Stephen Paskal, CIH, dated September 10, 2014.

18. Attached hereto as **Exhibit "16"** is a copy of the Affidavit of Arthur Frank M.D., Ph.D., dated June 17, 2014.

19. Attached hereto as **Exhibit "17"** is a copy of the Supplemental Affidavit of Arthur Frank, M.D., Ph.D., dated October 2, 2017.

20. Attached hereto as **Exhibit "18"** is a copy of the General Affidavit of Arthur Frank, M.D., Ph.D., dated December 20, 2016.

21. Attached hereto as **Exhibit "19"** is a copy of the Affidavit of Captain William A. Lowell, dated October 24, 2014.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

22. Attached hereto as **Exhibit "20"** is a copy of Manual L-1, *Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals*, Manufacturing Chemists' Association (1956).

23. Attached hereto as **Exhibit "21"** is a copy of Military Standard: *Marking For Shipment and Storage*, MIL-STD-129B (1957).

24. Attached hereto as **Exhibit "22"** is a copy of Military Standard: *Marking For Shipment and Storage,* MIL-STD 129C (1960).

25. Attached hereto as **Exhibit "23"** is a copy of Military Specification: *Plates, Tags, and Bands for Identification of Equipment*, MIL-P-15024D (1971).

26. Attached hereto as **Exhibit "24"** is a copy of Military Specification: *Preservation, Packaging, Packing and Marking of Pumps*, MIL-P-16789B (1962).

27. Attached hereto as **Exhibit "25"** is a copy of Military Specification: *Turbines, Steam, Propulsion For Naval Shipboard Use,* MIL-T-17600A (1955).

28. Attached hereto as **Exhibit "26"** is a copy of Military Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, MIL-STD-1341A (1970).

29. Attached hereto as **Exhibit "27"** is a copy of Federal Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, Std. No. 313 (1971).

30. Attached hereto as **Exhibit "28"** is a copy of the Deposition of Adam Martin in *In Re: Asbestos Cases,* U.S. Dist. Court for the E.D.V.A., C/P No. 77-1, dated January 28, 1983.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

31. Attached hereto as **Exhibit "29"** is a copy of Defendant United States of America's Supplemental Discovery Responses in *GAF v. United States*, No. 287-83-C, United States Claims Court, dated August 21, 1984.

32. Attached hereto as **Exhibit "30"** is a copy of the Dept. of the Navy, *Uniform Labeling Program,* SECNAV 5160.8 (1956).

33. Attached hereto as **Exhibit "31"** is a copy of the Dept. of the Navy, NAVSUP Publication 4500, *Consolidated Hazardous Items List*, ("CHIL") (1969).

34. Attached hereto as **Exhibit "32"** is a copy of the Dept. of the Navy, Supply Systems Cmd, NAVSUP Pub. 4500, *Consolidated Hazardous Item List* ("CHIL") (1977)

35. Attached hereto as **Exhibit "33"** is a copy of Excerpts of Deposition of David Sargent, in *Gray v. John Crane Inc., et al.,* Case No. CL0800724PT, in the Circuit Court for the City of Newport News, Virginia, dated April 29, 2009.

36. Attached hereto as **Exhibit "34"** is a copy of Military Specification: *Manuals, Equipment, and Systems,* MIL-M-15071C (1957).

37. Attached hereto as **Exhibit "35"** is a copy of Military Specification: *Manual, Service Instruction Books for Shipboard,* MIL-M-15071D (1961).

38. Attached hereto as **Exhibit "36"** is a copy of Military Specification, *Manuals, Equipment, and Systems,* MIL-M-15071E (1962).

39. Attached hereto as **Exhibit "37"** is a copy of Military Specification: *General Requirements for Technical Manuals*, MIL-M-38784, (1968).

40. Attached hereto as **Exhibit "38"** is a copy of the Letter from Johns-Manville Corp. to Owens-Corning Fiberglas Corp. dated August 18, 1964.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

41. Attached hereto as **Exhibit "39"** is a copy of the Johns-Manville Internal Correspondence re: Warning Labels, December 3, 1975.

42. Attached hereto as **Exhibit "40"** is a copy of Excerpts of Deposition of Martin Kraft, in *Vogt v. American Optical Co., et al.,* No. 12189 and *Oliver v. American Optical,* No. 05-1857, County of Niagara, New York, dated March 15, 2006.

43. Attached hereto as **Exhibit "41"** is a copy of Excerpts of Deposition of Martin Kraft, *In Re Asbestos Litig.,* No. 06-2416, Providence Superior Court, Rhode Island, dated November 30, 2006.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 29th day of January, 2018, in Seattle, Washington.

*/s/ Brian Weinstein*
Brian Weinstein, WSBA No. #24497
DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JANICE M. McMANN, Individually and as Personal Representative of the heirs and estate of DALE E. McMANN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc., et al;<br><br>Defendants. | NO. 3:16-cv-05635 RBL<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel.

I further certify that I have served by mail, facsimile and/or email the document to any non CM/ECF participant.

*/s/ Barrett Naman*
Barrett Naman, *Pro Hac Vice*

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

**Via Electronic Mail:**

Counsel For:

| | |
|---|---|
| **Counsel for John Crane, Inc.**<br>Richard D. Ross<br>SELMAN BREITMAN LLP<br>rross@selmanlaw.com<br>asbestonWA@selmanlaw.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for Air & Liquid Systems Corp.**<br>Mark B. Tuvin, Esquire<br>Kevin J. Craig, Esquire<br>Trevor J. Mohr, Esquire<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 5th Avenue, Suite 2100<br>Seattle, WA   98104<br><br>tmohr@grsm.com<br>kcraig@grsm.com<br>mtuvin@grsm.com<br>SEAAsbestos@grsm.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for IMO Industries, Inc.**<br>James E. Horne<br>Michael E. Ricketts<br>GORDON THOMAS HONEYWELL LLP<br>jhorne@gth-law.com<br>mricketts@gth-law.com<br>imoservice@gth-law.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for Warren Pumps, LLC, and SB Decking, Inc.**<br>Allen Eraut<br>J. Michael Mattingly<br>RIZZO MATTINGLY BOSWORTH<br>recordsmanagement@rizzopc.com<br>aeraut@rizzopc.com<br>mmattingly@rizzopc.com<br>asbestos@rizzopc.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AIR & LIQUID SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS  77098
TELEPHONE:  281.378.5970
FACSIMILE:  281.378.5976