THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE M. McMANN, Individually and as Personal Representative of the heirs and estate of DALE E. McMANN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc., et al;<br><br>Defendants. | NO. 3:16-cv-05635 RBL<br><br>**DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED ON MOTION CALENDAR: FEBRUARY 2, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Brian Weinstein, declare and state as follows:

1. I am over the age of 18 years and am competent to testify to the matters below.

2. I am one of the attorneys representing Plaintiff, Janice M. McMann, Individually and as Personal Representative of the heirs and estate of Dale E. McMann, deceased, and make this Declaration in support of Plaintiff's Opposition to IMO Industries, Inc., individually and as successor-in-interest to DeLaval Steam Turbine, Inc.'s Motion for Summary Judgment.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

3.   Attached hereto as **Exhibit "1"** is a copy of the Deposition of Dale McMann, Volume I, dated May 28, 2014;

4.   Attached hereto as **Exhibit "2"** is a copy of the Deposition of Dale McMann, Volume II, dated May 29, 2014;

5.   Attached hereto as **Exhibit "3"** is a copy of IMO Industries Inc.'s Discovery Responses, in *Murphy v. Owens Corning, et al.,* No. CC-99-08033-B, Dallas County, Texas, dated July 18, 2000.

6.   Attached hereto as **Exhibit "4"** is a copy of Excerpts of the Deposition of Henry Hartz, in *Porter et al. v. ACandS, Inc., et al.,* No. 005573-D, Nueces County District Court, Texas, dated June 3, 2004.

7.   Attached hereto as **Exhibit "5"** is a copy of Excerpts of the Deposition of the Deposition of Henry Hartz in *Foreman v. Quigley Company, et al.,* No. A020048-C, District Court for Orange County, Texas.

8.   Attached hereto as **Exhibit "6"** is a copy of the Excerpts of the Deposition of Richard Salzmann, in *Lane v. Alstom Power Inc., et al.,* No. 310-15-3, Los Angeles County Superior Court, California, dated June 8, 2005.

9.   Attached hereto as **Exhibit "7"** is a copy of Excerpts of the Deposition of Richard Salzmann, in *Lane v. Alstom Power Inc., et al.,* No. 310-15-3, Los Angeles County Superior Court, California, dated June 7, 2005.

10.   Attached hereto as **Exhibit "8"** is a copy of Excerpts of the Deposition of Richard Salzmann in *Whitmire v. Alfa Laval Inc., et al.,* No. 374718, Superior Court for Los Angeles County, California, dated February 19, 2008.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

11. Attached hereto as **Exhibit "9"** is DeLaval *List of Spare Parts for LP Turbine* (1969) and *Bill of Materials*.

12. Attached hereto as **Exhibit "10"** is a copy of Excerpts of the Deposition of Richard Salzmann, in *Miller et al. v. Alfa Laval Inc., et al.,* No. 381-085, Superior Court of Los Angeles County, California, dated October 20, 2009.

13. Attached hereto as **Exhibit "11"** is a copy of DeLaval Internal Correspondence re: transition to non-asbestos gaskets, dated 1985 – 1988.

14. Attached hereto as **Exhibit "12"** is a copy of DeLaval Manual, Series A3D Pumps.

15. Attached hereto as **Exhibit "13"** is a copy of DeLaval Instructions and Parts List, Series A313A Pumps.

16. Attached hereto as **Exhibit "14"** is a copy of the Declaration of Melvin Wortman, dated March 13, 2009.

17. Attached hereto as **Exhibit "15"** is a copy of the Deposition of Melvin Wortman, dated April 10, 2009.

18. Attached hereto as **Exhibit "16"** is a copy of the Deposition of Melvin Wortman, dated April 16, 2009.

19. Attached hereto as **Exhibit "17"** is a copy of the Expert Report of Stephen Paskal, CIH, dated May 22, 2014.

20. Attached hereto as **Exhibit "18"** is a copy of the Supplemental Expert Report of Stephen Paskal, CIH, dated September 10, 2014.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

21. Attached hereto as **Exhibit "19"** is a copy of the Affidavit of Arthur Frank M.D., Ph.D., dated June 17, 2014.

22. Attached hereto as **Exhibit "20"** is a copy of the Supplemental Affidavit of Arthur Frank, M.D., Ph.D., dated October 2, 2017.

23. Attached hereto as **Exhibit "21"** is a copy of the General Affidavit of Arthur Frank, M.D., Ph.D., dated December 20, 2016.

24. Attached hereto as **Exhibit "22"** is a copy of the Affidavit of Captain William A. Lowell, dated October 24, 2014.

25. Attached hereto as **Exhibit "23"** is a copy of Manual L-1, *Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals*, Manufacturing Chemists' Association (1956).

26. Attached hereto as **Exhibit "24"** is a copy of Military Standard: *Marking For Shipment and Storage*, MIL-STD-129B (1957).

27. Attached hereto as **Exhibit "25"** is a copy of Military Standard: *Marking For Shipment and Storage,* MIL-STD 129C (1960).

28. Attached hereto as **Exhibit "26"** is a copy of Military Specification: *Plates, Tags, and Bands for Identification of Equipment*, MIL-P-15024D (1971).

29. Attached hereto as **Exhibit "27"** is a copy of Military Specification: *Preservation, Packaging, Packing and Marking of Pumps*, MIL-P-16789B (1962).

30. Attached hereto as **Exhibit "28"** is a copy of Military Specification: *Turbines, Steam, Propulsion For Naval Shipboard Use,* MIL-T-17600A (1955).

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

31. Attached hereto as **Exhibit "29"** is a copy of Military Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, MIL-STD-1341A (1970).

32. Attached hereto as **Exhibit "30"** is a copy of Federal Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, Std. No. 313 (1971).

33. Attached hereto as **Exhibit "31"** is a copy of Excerpts of the Deposition of Adam Martin in *In Re: Asbestos Cases,* U.S. Dist. Court for the E.D.V.A., C/P No. 77-1, dated January 28, 1983.

34. Attached hereto as **Exhibit "32"** is a copy of Defendant United States of America's Supplemental Discovery Responses in *GAF v. United States*, No. 287-83-C, United States Claims Court, dated August 21, 1984.

35. Attached hereto as **Exhibit "33"** is a copy of the Dept. of the Navy, *Uniform Labeling Program,* SECNAV 5160.8 (1956).

36. Attached hereto as **Exhibit "34"** is a copy of the Dept. of the Navy, NAVSUP Publication 4500, *Consolidated Hazardous Items List*, ("CHIL") (1969).

37. Attached hereto as **Exhibit "35"** is a copy of the Dept. of the Navy, Supply Systems Cmd, NAVSUP Pub. 4500, *Consolidated Hazardous Item List* ("CHIL") (1977)

38. Attached hereto as **Exhibit "36"** is a copy of Excerpts of Deposition of David Sargent, in *Gray v. John Crane Inc., et al.,* Case No. CL0800724PT, in the Circuit Court for the City of Newport News, Virginia, dated April 29, 2009.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

39. Attached hereto as **Exhibit "37"** is a copy of Military Specification: *Manuals, Equipment, and Systems,* MIL-M-15071C (1957).

40. Attached hereto as **Exhibit "38"** is a copy of Military Specification: *Manual, Service Instruction Books for Shipboard,* MIL-M-15071D (1961).

41. Attached hereto as **Exhibit "39"** is a copy of Military Specification, *Manuals, Equipment, and Systems,* MIL-M-15071E (1962).

42. Attached hereto as **Exhibit "40"** is a copy of Military Specification: *General Requirements for Technical Manuals*, MIL-M-38784, (1968).

43. Attached hereto as **Exhibit "41"** is a copy of the Letter from Johns-Manville Corp. to Owens-Corning Fiberglas Corp. dated August 18, 1964.

44. Attached hereto as **Exhibit "42"** is a copy of the Johns-Manville Internal Correspondence re: Warning Labels, December 3, 1975.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 29th day of January, 2018, in Seattle, Washington.

*/s/ Brian Weinstein*
Brian Weinstein, WSBA No. #24497

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JANICE M. McMANN, Individually and as Personal Representative of the heirs and estate of DALE E. McMANN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc., et al;<br><br>Defendants. | NO. 3:16-cv-05635 RBL<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel.

I further certify that I have served by mail, facsimile and/or email the document to any non CM/ECF participant.

*/s/ Barrett Naman*
Barrett Naman, *Pro Hac Vice*

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

**Via Electronic Mail:**

Counsel For:

| | |
|---|---|
| **Counsel for John Crane, Inc.**<br>Richard D. Ross<br>SELMAN BREITMAN LLP<br>rross@selmanlaw.com<br>asbestonWA@selmanlaw.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for Air & Liquid Systems Corp.**<br>Mark B. Tuvin, Esquire<br>Kevin J. Craig, Esquire<br>Trevor J. Mohr, Esquire<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 5th Avenue, Suite 2100<br>Seattle, WA   98104<br><br>tmohr@grsm.com<br>kcraig@grsm.com<br>mtuvin@grsm.com<br>SEAAsbestos@grsm.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for IMO Industries, Inc.**<br>James E. Horne<br>Michael E. Ricketts<br>GORDON THOMAS HONEYWELL LLP<br>jhorne@gth-law.com<br>mricketts@gth-law.com<br>imoservice@gth-law.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |
| **Counsel for Warren Pumps, LLC, and SB Decking, Inc.**<br>Allen Eraut<br>J. Michael Mattingly<br>RIZZO MATTINGLY BOSWORTH<br>recordsmanagement@rizzopc.com<br>aeraut@rizzopc.com<br>mmattingly@rizzopc.com<br>asbestos@rizzopc.com | **Method of Delivery**<br>☐ Hand Delivery/Messenger<br>☐ U.S. Mail<br>☒ Email<br>☐ FedEx/Overnight Delivery |

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IMO INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS  77098
TELEPHONE:  281.378.5970
FACSIMILE:  281.378.5976