THE HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

8

9

10   JANICE M. McMANN, Individually and as
Personal Representative of the heirs and estate of
11   DALE E. McMANN,

NO. 3:16-cv-05635 RBL

12               Plaintiff,

**DECLARATION OF BRIAN
WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO
WARREN PUMPS, LLC'S MOTION
FOR SUMMARY JUDGMENT**

13          v.

14   AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to Buffalo Pumps, Inc., et
15   al;

**NOTED ON MOTION CALENDAR:
FEBRUARY 9, 2018**

16               Defendants.

**ORAL ARGUMENT REQUESTED**

17

18          I, Brian Weinstein, declare and state as follows:

19          1.      I am over the age of 18 years and am competent to testify to the matters below.

20          2.      I am one of the attorneys representing Plaintiff, Janice M. McMann,

21   Individually and as Personal Representative of the heirs and estate of Dale E. McMann,

22   deceased, and make this Declaration in support of Plaintiff's Opposition to Warren Pumps,

23   LLC's Motion for Summary Judgment.

24

25

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

1

2

3.      Attached hereto as **Exhibit "1"** is a copy of the Deposition of Dale McMann, Volume I, dated May 28, 2014;

3

4

4.      Attached hereto as **Exhibit "2"** is a copy of the Deposition of Dale McMann, Volume II, dated May 29, 2014;

5

6

5.      Attached hereto as **Exhibit "3"** is a copy of the Deposition of Dale McMann, Volume III, dated August 19, 2014;

7

8

9

6.      Attached hereto as **Exhibit "4"** is a copy of Warren Instruction Manual for Operation and Maintenance of Fresh Water Pumps, dated April 1945.

10

11

7.      Attached hereto as **Exhibit "5"** is a copy of Warren Instruction Book - Fresh Water Pump, dated September 1954.

12

13

8.      Attached hereto as **Exhibit "6"** is a copy of Warren Instruction Book – Main Condenser Circulating Pump, dated April 1954.

14

15

16

9.      Attached hereto as **Exhibit "7"** is a copy of Warren Technical Manual – Chain Driven Lube Oil Service Pump, dated October 1959.

17

18

10.      Attached hereto as **Exhibit "8"** is a copy of Warren Technical Manual – Condenser Condensate Pump, dated November 1955.

19

20

11.      Attached hereto as **Exhibit "9"** is a copy of Warren Technical Manual – Bilge & Fuel Oil Tank Stripping Pump, dated December 1959.

21

22

23

12.      Attached hereto as **Exhibit "10"** is a copy of Warren Technical Manual - Standby Lube Oil Pump, dated May 1960.

24

25

13.      Attached hereto as **Exhibit "11"** is a copy of Warren Technical Manual – Turbine Driven Main Condenser Circulating Pump, dated August 1960.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW firm
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

14.     Attached hereto as **Exhibit "12"** is a copy of Excepts of Warren's Answers and Supplemental Answers to Interrogatories in the matter of *in re: Newport New Circuit Court All Asbestos Cases* CL90-10000W-01 and CL90-10000C-03.

15.     Attached hereto as **Exhibit "13"** is a copy of Excerpts of the Deposition of Roland R. Doktor, in *Balthazar v. AW Chesterton Company, et al.,* No. 06-3620, Middlesex County, Massachusetts, dated April 19, 2007.

16.     Attached hereto as **Exhibit "14"** is a copy of Excerpts of the Deposition of Roland R. Doktor in *Prough v. Allis Chalmers Corp., et al.,* No. BC389423, in the Superior Court for the County of Los Angeles, California.

17.     Attached hereto as **Exhibit "15"** is a copy of the Declaration of Melvin Wortman, dated March 13, 2009.

18.     Attached hereto as **Exhibit "16"** is a copy of the Deposition of Melvin Wortman, dated April 10, 2009.

19.     Attached hereto as **Exhibit "17"** is a copy of the Deposition of Melvin Wortman, dated April 16, 2009.

20.     Attached hereto as **Exhibit "18"** is a copy of the Expert Report of Stephen Paskal, CIH, dated May 22, 2014.

21.     Attached hereto as **Exhibit "19"** is a copy of the Supplemental Expert Report of Stephen Paskal, CIH, dated September 10, 2014.

22.     Attached hereto as **Exhibit "20"** is a copy of the Affidavit of Arthur Frank M.D., Ph.D., dated June 17, 2014.

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

23.   Attached hereto as **Exhibit "21"** is a copy of the Supplemental Affidavit of Arthur Frank, M.D., Ph.D., dated October 2, 2017.

24.   Attached hereto as **Exhibit "22"** is a copy of the General Affidavit of Arthur Frank, M.D., Ph.D., dated December 20, 2016.

25.   Attached hereto as **Exhibit "23"** is a copy of the Affidavit of Captain William A. Lowell, dated October 24, 2014.

26.   Attached hereto as **Exhibit "24"** is a copy of Manual L-1, *Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals*, Manufacturing Chemists' Association (1956).

27.   Attached hereto as **Exhibit "25"** is a copy of Military Standard: *Marking For Shipment and Storage*, MIL-STD-129B (1957).

28.   Attached hereto as **Exhibit "26"** is a copy of Military Standard: *Marking For Shipment and Storage,* MIL-STD 129C (1960).

29.   Attached hereto as **Exhibit "27"** is a copy of Military Specification: *Plates, Tags, and Bands for Identification of Equipment*, MIL-P-15024D (1971).

30.   Attached hereto as **Exhibit "28"** is a copy of Military Specification: *Preservation, Packaging, Packing and Marking of Pumps*, MIL-P-16789B (1962).

31.   Attached hereto as **Exhibit "29"** is a copy of Military Specification: *Turbines, Steam, Propulsion For Naval Shipboard Use,* MIL-T-17600A (1955).

32.   Attached hereto as **Exhibit "30"** is a copy of Military Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, MIL-STD-1341A (1970).

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

33.     Attached hereto as **Exhibit "31"** is a copy of Federal Standard: *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials*, Std. No. 313 (1971).

34.     Attached hereto as **Exhibit "32"** is a copy of the Deposition of Adam Martin in *In Re: Asbestos Cases,* U.S. Dist. Court for the E.D.V.A., C/P No. 77-1, dated January 28, 1983.

35.     Attached hereto as **Exhibit "33"** is a copy of Defendant United States of America's Supplemental Discovery Responses in *GAF v. United States*, No. 287-83-C, United States Claims Court, dated August 21, 1984.

36.     Attached hereto as **Exhibit "34"** is a copy of the Dept. of the Navy, *Uniform Labeling Program,* SECNAV 5160.8 (1956).

37.     Attached hereto as **Exhibit "35"** is a copy of the Dept. of the Navy, NAVSUP Publication 4500, *Consolidated Hazardous Items List*, ("CHIL") (1969).

38.     Attached hereto as **Exhibit "36"** is a copy of the Dept. of the Navy, Supply Systems Cmd, NAVSUP Pub. 4500, *Consolidated Hazardous Item List* ("CHIL") (1977)

39.     Attached hereto as **Exhibit "37"** is a copy of Excerpts of Deposition of David Sargent, in *Gray v. John Crane Inc., et al.,* Case No. CL0800724PT, in the Circuit Court for the City of Newport News, Virginia, dated April 29, 2009.

40.     Attached hereto as **Exhibit "38"** is a copy of Military Specification: *Manuals, Equipment, and Systems,* MIL-M-15071C (1957).

41.     Attached hereto as **Exhibit "39"** is a copy of Military Specification: *Manual, Service Instruction Books for Shipboard,* MIL-M-15071D (1961).

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

42.     Attached hereto as **Exhibit "40"** is a copy of Military Specification, *Manuals, Equipment, and Systems,* MIL-M-15071E (1962).

43.     Attached hereto as **Exhibit "41"** is a copy of Military Specification: *General Requirements for Technical Manuals*, MIL-M-38784, (1968).

44.     Attached hereto as **Exhibit "42"** is a copy of the Letter from Johns-Manville Corp. to Owens-Corning Fiberglas Corp. dated August 18, 1964.

45.     Attached hereto as **Exhibit "43"** is a copy of the Johns-Manville Internal Correspondence re: Warning Labels, December 3, 1975.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 5th day of February, 2018, in Seattle, Washington.


*/s/ Brian Weinstein*
Brian Weinstein, WSBA No. #24497

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| 10  JANICE M. McMANN, Individually and as Personal Representative of the heirs and estate of 11  DALE E. McMANN, | NO. 3:16-cv-05635 RBL |
| 12       Plaintiff, | **CERTIFICATE OF SERVICE** |
| 13    v. | |
| 14  AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc., et 15  al; | |
| 16       Defendants. | |

17

18                          <u>**CERTIFICATE OF SERVICE**</u>

19       I hereby certify that on February 5, 2018 I electronically filed the foregoing with the

20

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

21

below listed counsel.

22

       I further certify that I have served by mail, facsimile and/or email the document to any

23

non CM/ECF participant.

24

25                                      */s/ Barrett Naman*
                                       Barrett Naman, *Pro Hac Vice*

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS 77098
TELEPHONE: 281.378.5970
FACSIMILE: 281.378.5976

1

2 **Via Electronic Mail:**

3 Counsel For:

4

| | |
|---|---|
| 5 **Counsel for John Crane, Inc.** | **Method of Delivery** |
| Richard D. Ross | ☐ Hand Delivery/Messenger |
| 6 SELMAN BREITMAN LLP | ☐ U.S. Mail |
| rross@selmanlaw.com | ☒ Email |
| 7 asbestonWA@selmanlaw.com | ☐ FedEx/Overnight Delivery |
| 8 **Counsel for Air & Liquid Systems Corp.** | **Method of Delivery** |
| Mark B. Tuvin, Esquire | ☐ Hand Delivery/Messenger |
| Kevin J. Craig, Esquire | ☐ U.S. Mail |
| 9 Trevor J. Mohr, Esquire | ☒ Email |
| 10 GORDON REES SCULLY MANSUKHANI, LLP | ☐ FedEx/Overnight Delivery |
| 701 5th Avenue, Suite 2100 | |
| 11 Seattle, WA   98104 | |
| 12 | |
| tmohr@grsm.com | |
| 13 kcraig@grsm.com | |
| mtuvin@grsm.com | |
| 14 SEAAsbestos@grsm.com | |
| 15 **Counsel for IMO Industries, Inc.** | **Method of Delivery** |
| 16 James E. Horne | ☐ Hand Delivery/Messenger |
| Michael E. Ricketts | ☐ U.S. Mail |
| 17 GORDON THOMAS HONEYWELL LLP | ☒ Email |
| jhorne@gth-law.com | ☐ FedEx/Overnight Delivery |
| 18 mricketts@gth-law.com | |
| imoservice@gth-law.com | |
| 19 **Counsel for Warren Pumps, LLC, and** | **Method of Delivery** |
| **SB Decking, Inc.** | ☐ Hand Delivery/Messenger |
| 20 Allen Eraut | ☐ U.S. Mail |
| 21 J. Michael Mattingly | ☒ Email |
| RIZZO MATTINGLY BOSWORTH | ☐ FedEx/Overnight Delivery |
| 22 recordsmanagement@rizzopc.com | |
| aeraut@rizzopc.com | |
| 23 mmattingly@rizzopc.com | |
| asbestos@rizzopc.com | |

24

25

DECLARATION OF BRIAN WEINSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO WARREN PUMPS, LLC'S
MOTION FOR SUMMARY JUDGMENT

THE NEMEROFF LAW FIRM
3355 WEST ALABAMA STREET, STE. 650
HOUSTON, TEXAS  77098
TELEPHONE:  281.378.5970
FACSIMILE:  281.378.5976